UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

THOMAS MALIK,                                           **ANSWER WITH**
                                                        <u>**CROSS-CLAIMS**</u>

                                    Plaintiff,

        -AGAINST-

THE CITY OF NEW YORK, LOUIS SCARCELLA,          23-CV-9070 (DG) (JAM)
STEPHEN CHMIL, AND JOHN AND JANE DOES 1-25,

                                    Defendants.

------------------------------------------------------------------------- x

   Defendant, STEPHEN CHMIL, through and by his attorneys, KARASYK &

MOSCHELLA, LLP, as and for his Answer to Plaintiff's Complaint, respectfully alleges as

follows:

<u>**INTRODUCTION**</u>

   1.  Defendant Chmil denies the allegations contained in paragraph 1 of the Complaint,

except admit that such crime occurred on November 26, 1995.

   2.  Defendant Chmil denies the allegations contained in paragraph 2 of the Complaint,

except admit that Kaufman died on December 10, 1995.

   3.  Defendant Chmil denies knowledge and information sufficient to form a belief as

to the allegations contained in paragraph 3.

   4.  Defendant Chmil denies the allegations contained in paragraph 4 of the Complaint,

except admit that plaintiff was arrested on December 15, 1995 (incorrectly set forth as December

15, 1985 in the Complaint).

1

5.      Defendant Chmil denies all of the allegations contained in paragraph 5 of the Complaint, except admit that plaintiff was convicted after the trial of Murder and Attempted Robbery and sentenced as set forth therein.

6.      Defendant Chmil denies the allegations contained in paragraph 6 of the Complaint, except admit that a Judge vacated the convictions and dismissed the charges against plaintiff on July 15, 2022.

7.      Defendant Chmil denies the allegations contained in paragraph 7of the Complaint, except admit that the Kings County District Attorney's Office filed a motion to vacate the conviction.

8.      Defendant Chmil denies the allegations contained in paragraph 8 of the Complaint, except admit that the motion was granted on July 15, 2022.

9.      Defendant Chmil denies the allegations contained in paragraph 9 of the Complaint, except admit that plaintiff purports to proceed as stated therein.

10.      Defendant Chmil denies the allegations contained in paragraph 10 of the Complaint, and respectfully refers the Court to the report cited therein.

11.      Defendant Chmil denies the allegations contained in paragraph 11 of the Complaint.

**NATURE OF THE ACTION**

12.      Defendant Chmil denies the allegations contained in paragraph 12 of the Complaint, except admit that plaintiff purports to proceed as stated therein.

13.      Defendant Chmil denies the allegations contained in paragraph 13 of the Complaint, except admit that plaintiff purports to proceed as stated therein.

2

## JURISDICTION AND VENUE

14.     Defendant Chmil denies the allegations contained in paragraph 14 of the Complaint; to the extent this paragraph contains conclusions of law, no response is required. Defendant admits that plaintiff purports to invoke the Court's jurisdiction as stated herein.

15.     Defendant Chmil denies the allegations contained in paragraph 15 of the Complaint, except admit that plaintiff purports to lay venue as stated herein.

## CONDITIONS PRECEDENT

16.     Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint.

## PARTIES

17.     Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint.

18.     Defendant Chmil admits the allegations contained in paragraph 18 of the Complaint.

19.     Defendant Chmil admits the allegations contained in paragraph 19 of the Complaint.

20.     Defendant Chmil admits the allegations contained in paragraph 20 of the Complaint.

21.     Paragraph 21 of the Complaint contains conclusions of law to which no response is required.

22.     Paragraph 22 of the Complaint contains conclusions of law to which no response is required.

23.    Paragraph 23 of the Complaint contains conclusions of law to which no response is required.

24.    Paragraph 24 of the Complaint contains conclusions of law to which no response is required.

25.    Paragraph 25 of the Complaint contains conclusions of law to which no response is required, except admit that Louis Scarcella is a retired officer of the NYPD who at all relevant times was acting in the scope of his employment as an NYPD Detective.

26.    Paragraph 26 of the Complaint contains conclusions of law to which no response is required, except admit that Stephen Chmil is a retired officer of the NYPD who at all relevant times was acting in the scope of his employment as an NYPD Detective.

27.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint.

## JURY DEMAND

Plaintiff demands a jury trial to which no response is required.

## STATEMENT OF FACTS

28.    Defendant Chmil denies the allegations contained in paragraph 28 of the Complaint.

29.    Defendant Chmil denies the allegations contained in paragraph 29 of the Complaint.

30.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint.

31.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint.

4

32.      Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 32.

33.      Defendant Chmil denies the allegations contained in paragraph 33 of the Complaint.

34.      Defendant Chmil denies the allegations contained in paragraph 34 of the Complaint.

35.      Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint.

36.      Defendant Chmil denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 36 of the Complaint.

37.      Defendant Chmil denies knowledge and information sufficient to form a belief as to the allegations contained in paragraph 37 of the Complaint.

38.      Defendant Chmil denies the allegations contained in paragraph 38 of the Complaint, except admit that defendant Chmil was assigned to the investigation of the case.

39.      Defendant Chmil denies the allegations contained in paragraph 39 of the Complaint, except admit that there were three suspects known as "Sport," "Crime," and "Biz."

40.      Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint.

41.      Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint.

42.      Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint.

43.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint.

44.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint.

45.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint.

46.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint.

47.    Defendant Chmil denies the allegations contained in paragraph 47 of the Complaint, except admit that Robinson was a witness to the crime who was interviewed.

48.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint.

49.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint.

50.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint, except admit that Robinson identified McCargo.

51.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint, except admit that Robinson identified McCargo.

52.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint.

53.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint.

54.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint.

55.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint.

56.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint.

57.    Defendant Chmil denies the allegations contained in paragraph 57 of the Complaint.

58.    Defendant Chmil denies the allegations contained in paragraph 58 of the Complaint.

59.    Defendant Chmil denies the allegations contained in paragraph 59 of the Complaint.

60.    Defendant Chmil denies the allegations contained in paragraph 60 of the Complaint, except admit that James was brought to the precinct on December 13, 1995.

61.    Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint.

62.    Defendant Chmil denies the allegations contained in paragraph 62 of the Complaint.

63.    Defendant Chmil denies the allegations contained in paragraph 63 of the Complaint, except admit that defendant Chmil interviewed Irons.

64. Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint.

65. Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint, except admit that Chmil interviewed Irons.

66. Defendant Chmil denies the allegations contained in paragraph 66 of the Complaint.

67. Defendant Chmil denies the allegations contained in paragraph 67 of the Complaint.

68. Defendant Chmil denies the allegations contained in paragraph 68 of the Complaint.

69. Defendant Chmil denies the allegations contained in paragraph 69 of the Complaint.

70. Defendant Chmil denies the allegations contained in paragraph 70 of the Complaint.

71. Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint.

72. Defendant Chmil denies the allegations contained in paragraph 72 of the Complaint.

73. Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint.

74. Defendant Chmil denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint.

75.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint.

76.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint.

77.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint.

78.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint.

79.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint.

80.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint.

81.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint.

82.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint.

83.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint.

84.     Defendant Chmil denies the allegations contained in paragraph 84 of the Complaint.

85.     Defendant Chmil denies the allegations contained in paragraph 85 of the Complaint.

86.     Defendant Chmil denies the allegations contained in paragraph 86 of the Complaint, except admit that plaintiff was arrested on December 14, 1995 and taken to the 79th Precinct.

87.     Defendant Chmil denies the allegations contained in paragraph 87 of the Complaint.

88.     Defendant Chmil denies the allegations contained in paragraph 88 of the Complaint.

89.     Defendant Chmil denies the allegations contained in paragraph 89 of the Complaint.

90.     Defendant Chmil denies the allegations contained in paragraph 90 of the Complaint.

91.     Defendant Chmil denies the allegations contained in paragraph 91 of the Complaint.

92.     Defendant Chmil denies the allegations contained in paragraph 92 of the Complaint.

93.     Defendant Chmil denies the allegations contained in paragraph 93 of the Complaint.

94.     Defendant Chmil denies the allegations contained in paragraph 94 of the Complaint.

95.     Defendant Chmil denies the allegations contained in paragraph 95 of the Complaint.

96.     Defendant Chmil denies the allegations contained in paragraph 96 of the Complaint.

97.    Defendant Chmil denies the allegations contained in paragraph 97 of the Complaint.

98.    Defendant Chmil denies the allegations contained in paragraph 98 of the Complaint.

99.    Defendant Chmil denies the allegations contained in paragraph 99 of the Complaint.

100.    Defendant Chmil denies the allegations contained in paragraph 100 of the Complaint.

101.    Defendant Chmil denies the allegations contained in paragraph 101 of the Complaint.

102.    Defendant Chmil denies the allegations contained in paragraph 102 of the Complaint.

103.    Defendant Chmil denies the allegations contained in paragraph 103 of the Complaint.

104.    Defendant Chmil admits the allegations contained in paragraph 104 of the Complaint.

105.    Defendant Chmil denies the allegations contained in paragraph 105 of the Complaint, except admit that Robinson did identify Malik and Ellerbe as stated.

106.    Defendant Chmil denies the allegations contained in paragraph 106 of the Complaint, except admit that Robinson identified Plaintiff as one of the individuals involved in this crime.

107.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint.

108.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint.

109.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 109 of the Complaint.

110.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 110 of the Complaint.

111.    Defendant Chmil denies the allegations contained in paragraph 111 of the Complaint, except admit that Plaintiff was convicted on November 27, 1996, and sentenced on December 17, 1996, and that his conviction was affirmed on appeal.

112.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 112 of the Complaint.

113.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 113 of the Complaint.

114.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 114 of the Complaint.

115.    Defendant Chmil denies the allegations contained in paragraph 115 of the Complaint, and respectfully refers the Court to the relevant CRU report.

116.    Defendant Chmil denies the allegations contained in paragraph 116 of the Complaint, and respectfully refers the Court to the relevant CRU report.

117.    Defendant Chmil denies the allegations contained in paragraph 117 of the Complaint, and respectfully refers the Court to the relevant CRU report.

118.    Defendant Chmil denies the allegations contained in paragraph 118 of the Complaint, and respectfully refers the Court to the relevant CRU report.

119.    Defendant Chmil denies the allegations contained in paragraph 119 of the Complaint, and respectfully refers the Court to the relevant CRU report.

120.    Defendant Chmil denies the allegations contained in paragraph 120 of the Complaint, and respectfully refers the Court to the relevant CRU report.

121.    Defendant Chmil denies the allegations contained in paragraph 121 of the Complaint, and respectfully refers the Court to the relevant CRU report.

122.    Defendant Chmil denies the allegations contained in paragraph 122 of the Complaint, and respectfully refers the Court to the relevant CRU report.

123.    Defendant Chmil denies the allegations contained in paragraph 123 of the Complaint, and respectfully refers the Court to the relevant CRU report.

124.    Defendant Chmil denies the allegations contained in paragraph 124 of the Complaint, and respectfully refers the Court to the relevant CRU report.

125.    Paragraph 125 of the Complaint is blank and requires no response.

126.    Defendant Chmil admits the allegations contained in paragraph 126 of the Complaint.

127.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 127 of the Complaint, and respectfully refers the Court to the reports referenced therein.

128.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint, and respectfully refers the Court to the reports referenced therein.

129.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 129 of the Complaint,  and respectfully refers the Court to the reports referenced therein.

130.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 130 of the Complaint, and respectfully refers the Court to the reports referenced therein.

131.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint, and respectfully refers the Court to the reports referenced therein.

132.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 132 of the Complaint, and respectfully refers the Court to the reports referenced therein.

133.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 133 of the Complaint, and respectfully refers the Court to the reports referenced therein.

134.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 134 of the Complaint, and respectfully refers the Court to the reports referenced therein.

135.     Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint, and respectfully refers the Court to the reports referenced therein.

136.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 136 of the Complaint, and respectfully refers the Court to the reports referenced therein.

137.    Defendant Chmil denies the allegations contained in paragraph 137 of the Complaint, and respectfully refers the Court to the reports referenced therein.

138.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 138 of the Complaint, and respectfully refers the Court to the reports referenced therein.

139.    Defendant Chmil denies the allegations contained in paragraph 139 of the Complaint, and respectfully refers the Court to the reports referenced therein.

140.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 140 of the Complaint.

141.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 141 of the Complaint.

142.    Defendant Chmil denies the allegations contained in paragraph 142 of the Complaint, and respectfully refers the Court to the proceeding referenced therein.

143.    Defendant Chmil denies the allegations contained in paragraph 143 of the Complaint, and respectfully refers the Court to the proceeding referenced therein.

144.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 144 of the Complaint, and respectfully refers the Court to the reports referenced therein.

145. Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 145 of the Complaint, and respectfully refers the Court to the reports referenced therein.

146. Defendant Chmil denies the allegations contained in paragraph 146 of the Complaint.

147. Defendant Chmil denies the allegations contained in paragraph 147 of the Complaint, and respectfully refers the Court to the case referenced therein.

148. Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 148 of the Complaint, and respectfully refers the Court to the hearing referenced therein.

149. Defendant Chmil denies the allegations contained in paragraph 149 of the Complaint, and respectfully refers the Court to the reports referenced therein.

150. Defendant Chmil denies the allegations contained in paragraph 150 of the Complaint, and respectfully refers the Court to the reports referenced therein.

151. Defendant Chmil denies each and every allegation contained in paragraph 151 of the Complaint.

152. Defendant Chmil denies each and every allegation contained in paragraph 152 of the Complaint.

153. Defendant Chmil denies the allegations contained in paragraph 153 of the Complaint, as they may relate to defendant Chmil.

154. Defendant Chmil denies the allegations contained in paragraph 154 of the Complaint.

155.    Defendant Chmil denies the allegations contained in paragraph 155 of the Complaint.

156.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 156 of the Complaint, and respectfully refers the Court to the reports referenced therein.

157.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 157 of the Complaint, and respectfully refers the Court to the case referenced therein.

158.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 158 of the Complaint, and respectfully refers the Court to the reports referenced therein.

159.    Defendant Chmil denies each and every allegation contained in paragraph 159 of the Complaint.

160.    Defendant Chmil denies knowledge and sufficient information to form a belief as to the truth of the allegations contained in paragraph 160 of the Complaint, and respectfully refers the Court to the reports referenced therein.

161.    Defendant Chmil denies the allegations contained in paragraph 161 of the Complaint.

162.    Defendant Chmil denies the allegations contained in paragraph 162 of the Complaint.

163.    Defendant Chmil denies the allegations contained in paragraph 163 of the Complaint.

164.    Defendant Chmil denies the allegations contained in paragraph 164 of the Complaint.

165.    Defendant Chmil denies the allegations contained in paragraph 165 of the Complaint.

166.    Defendant Chmil denies the allegations contained in paragraph 166 of the Complaint.

167.    Defendant Chmil denies each and every allegation contained in paragraphs 167-202 of the Complaint as they may relate to defendant Chmil.

## DAMAGES

168.    Defendant Chmil denies the allegations contained in paragraph 203 of the Complaint.

169.    Defendant Chmil admits the allegations contained in paragraph 204 of the Complaint.

170.    Defendant Chmil denies the allegations contained in paragraph 205 of the Complaint.

171.    Defendant Chmil denies the allegations contained in paragraph 206 of the Complaint.

172.    Defendant Chmil denies the allegations contained in paragraph 207 of the Complaint.

173.    Defendant Chmil denies the allegations contained in paragraph 208 of the Complaint.

174.    Defendant Chmil denies the allegations contained in paragraph 209 of the Complaint.

**CAUSES OF ACTION**
**AS AND FOR AN ANSWER TO THE FIRST CAUSE OF ACTION**
**42 U.S.C. § 1983**
*Denial of Due Process and Right to a Fair trial,*
*Fabrication of Evidence, and Suppression of* Brady *Information*
*(U.S. Constitution Amendments IV, V, VI, and XIV)*
**Against Individual Defendants**

175.    In response to paragraph 210 of the Complaint, Defendant Chmil repeats and reiterates each and every response set forth to paragraphs 1-209 as if the same were fully set forth herein.

176.    Defendant Chmil denies the allegations contained in paragraph 211 of the Complaint.

177.    Defendant Chmil denies the allegations contained in paragraph 212 of the Complaint.

178.    Defendant Chmil denies the allegations contained in paragraph 213 of the Complaint.

179.    Defendant Chmil denies the allegations contained in paragraph 214 of the Complaint.

180.    Defendant Chmil denies the allegations contained in paragraph 215 of the Complaint.

181.    Defendant Chmil denies the allegations contained in paragraph 216 of the Complaint.

182.    Defendant Chmil denies the allegations contained in paragraph 217 of the Complaint.

183.    Defendant Chmil denies the allegations contained in paragraph 218 of the Complaint.

184.    Defendant Chmil denies the allegations contained in paragraph 219 of the Complaint.

185.    Defendant Chmil denies the allegations contained in paragraph 220 of the Complaint.

186.    Defendant Chmil denies the allegations contained in paragraph 221 of the Complaint.

187.    Defendant Chmil denies the allegations contained in paragraph 222 of the Complaint.

188.    Defendant Chmil denies the allegations contained in paragraph 223 of the Complaint.

## AS AND FOR AN ANSWER TO THE SECOND CAUSE OF ACTION
### 42 U.S.C. § 1983
*Malicious Prosecution and Denial of Fourth Amendment Rights*
*(U.S. Constitution Amendments IV and XIV)*
### Against Individual Defendants

189.    In response to paragraph 224 of the Complaint, Defendant Chmil repeats and reiterates each and every response set forth to paragraphs 1-223 as if the same were fully set forth herein.

190.    Defendant Chmil denies the allegations contained in paragraph 225 of the Complaint.

191.    Defendant Chmil denies the allegations contained in paragraph 226 of the Complaint.

192.    Defendant Chmil denies the allegations contained in paragraph 227 of the Complaint.

193.    Defendant Chmil denies the allegations contained in paragraph 228 of the Complaint.

194.    Defendant Chmil denies the allegations contained in paragraph 229 of the Complaint.

195.    Defendant Chmil denies the allegations contained in paragraph 230 of the Complaint.

196.    Defendant Chmil denies the allegations contained in paragraph 231 of the Complaint.

197.    Defendant Chmil denies the allegations contained in paragraph 232 of the Complaint.

### AS AND FOR AN ANSWER TO THE THIRD CAUSE OF ACTION
**42 U.S.C. § 1983**
*Monell v. Department of Social Services*, 436 U.S. 658 (1978)
**Against Defendant the City of New York**

198.    In response to paragraph 233 of the Complaint, Defendant Chmil repeats and reiterates each and every response set forth to paragraphs 1-232 as if the same were fully set forth herein.

199.    Paragraph 234 of the Complaint is not asserted against Defendant Chmil and requires no response.

200.    Paragraph 235 of the Complaint is not asserted against Defendant Chmil and requires no response.

201.    Paragraph 236 of the Complaint is not asserted against Defendant Chmil and requires no response.

202.    Paragraph 237 of the Complaint is not asserted against Defendant Chmil and requires no response.

203.    Paragraph 238 of the Complaint is not asserted against Defendant Chmil and requires no response.

204.    Paragraph 239 of the Complaint is not asserted against Defendant Chmil and requires no response.

205.    Paragraph 240 of the Complaint is not asserted against Defendant Chmil and requires no response.

206.    Paragraph 241 of the Complaint is not asserted against Defendant Chmil and requires no response.

207.    Paragraph 242 of the Complaint is not asserted against Defendant Chmil and requires no response.

208.    Paragraph 243 of the Complaint is not asserted against Defendant Chmil and requires no response.

209.    Paragraph 244 of the Complaint is not asserted against Defendant Chmil and requires no response.

210.    Paragraph 245 of the Complaint is not asserted against Defendant Chmil and requires no response.

211.    Paragraph 246 of the Complaint is not asserted against Defendant Chmil and requires no response.

## AS AND FOR AN ANSWER TO THE FOURTH CAUSE OF ACTION
### Malicious Prosecution
*New York State Law*
### Against All Defendants

212.    In response to paragraph 247 of the Complaint, Defendant Chmil repeats and reiterates each and every response set forth to paragraphs 1-246 as if the same were fully set forth herein.

213.    Defendant Chmil denies the allegations contained in paragraph 248 of the Complaint.

214.    Defendant Chmil denies the allegations contained in paragraph 249 of the Complaint.

215.    Defendant Chmil denies the allegations contained in paragraph 250 of the Complaint.

216.    Defendant Chmil denies the allegations contained in paragraph 251 of the Complaint.

217.    Defendant Chmil denies the allegations contained in paragraph 252 of the Complaint.

218.    Defendant Chmil denies the allegations contained in paragraph 253 of the Complaint.

219.    Defendant Chmil denies the allegations contained in paragraph 254 of the Complaint.

220.    Defendant Chmil denies the allegations contained in paragraph 255 of the Complaint.

221.    Defendant Chmil denies the allegations contained in paragraph 256 of the Complaint.

## AS AND FOR AN ANSWER TO THE FIFTH CAUSE OF ACTION
### New York State Constitution
*Denial of Due Process and Right to a Fair Trial, Fabrication of Evidence,*
*Suppression of Exculpatory Information and Malicious Prosecution*
*(New York State Constitution, Article I, §§ 5, 6, and 12)*
### Against All Defendants

222.    In response to paragraph 257 of the Complaint, Defendant Chmil repeats and reiterates each and every response set forth to paragraphs 1-256 as if the same were fully set forth herein.

223.    Defendant Chmil denies the allegations contained in paragraph 258 of the Complaint.

224.    Defendant Chmil denies the allegations contained in paragraph 259 of the Complaint.

## AS AND FOR AN ANSWER TO THE SIXTH CAUSE OF ACTION
### Negligence
*New York State Law*
### Against Defendant the City of New York

225.    In response to paragraph 260 of the Complaint, Defendant Chmil repeats and reiterates each and every response set forth to paragraphs 1-259 as if the same were fully set forth herein.

226.    Defendant Chmil denies the allegations contained in paragraph 261 of the Complaint as they may relate to Defendant Chmil.

227.    Defendant Chmil denies the allegations contained in paragraph 262 of the Complaint as they may relate to Defendant Chmil.

228.    Defendant Chmil denies the allegations contained in paragraph 263 of the Complaint as they may relate to Defendant Chmil.

229.    Defendant Chmil denies the allegations contained in paragraph 264 of the Complaint as they may relate to Defendant Chmil.

230.    Defendant Chmil denies the allegations contained in paragraph 265 of the Complaint as they may relate to Defendant Chmil.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

231.    The Complaint fails to state any claim against Defendant Chmil upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

232.    Defendant Chmil has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, or any act of Congress providing for the protection of civil rights.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

233.    Any injury alleged to have been sustained resulted from Plaintiff's own culpable or criminal conduct or the culpable or negligent conduct of non-parties or third parties, and was not the proximate result of any act of defendant Chmil.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

234.    Defendant Chmil acted reasonably and in good faith in the lawful discharge of his duties and as such is entitled to qualified immunity.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

235.     Defendant Chmil has not violated any clearly established constitutional or statutory rights of which a reasonable person would have known, and as such is entitled to qualified immunity.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

236.     Plaintiff's claims may be, either in whole or in part, barred by the applicable statute of limitations.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

237.     Plaintiff's claims may in whole or in part by the doctrines of res judicata and/or collateral estoppel.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

238.     Probable Cause existed for Plaintiff's arrest, detention, and prosecution.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

239.     Upon information and belief, the injuries or damages alleged in the Complaint were or may have been caused in whole or in part by the parties now or hereafter to be named as Co-Defendants or Third-Party Defendants and accordingly the liability of Defendant Chmil may be limited by the provisions of Article 16 of the CPLR.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

240.     That any sums or consideration paid or promised to Plaintiff by any person(s) or corporation(s) claimed to be liable for the injuries or damages alleged in the Complaint shall reduce any judgment rendered in favor of Plaintiff as against Defendant Chmil to the extent greater of

either sums or consideration paid or promised to Plaintiff or the amount of the joint tortfeasor's equitable share(s) of the damages in accordance with General Obligations Law § 15-108 et. seq.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

241.    Any reward for recovery of the cost of medical care, dental care, custodial care or rehabilitation services, loss of earnings, or other economic loss claimed by Plaintiff shall be reduced to the extent that any such cost or expense was or will with reasonable certainty be replaced or indemnified from any collateral source.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

242.    Plaintiff is not entitled to punitive damages.

### AS AND FOR A FIRST CROSS CLAIM AGAINST DEFENDANT THE CITY OF NEW YORK

243.    If Plaintiff was caused damages as alleged in Plaintiff's Complaint, due to any culpable conduct other than Plaintiffs's own culpable conduct, then such damages were due to the culpable conduct, negligent acts or omission or commission of the Defendant CITY OF NEW YORK, its agents and/or servants other than the answering defendant.

### AS AND FOR A SECOND CROSS CLAIM AGAINST DEFENDANT THE CITY OF NEW YORK

244.    All of the acts of Defendant Chmil were performed under color of law and, within the scope of his duty and within the scope of his employment as a New York City Police Officer, and any liability to Plaintiffs must therefore be assumed by his employer, Defendant CITY OF NEW YORK, pursuant to the principle of *Respondeat Superior.*

## AS AND FOR A THIRD CROSS CLAIM AGAINST DEFENDANT
## THE CITY OF NEW YORK

245.    All of the actions of Defendant Chmil were performed within the performance of his duty and within the scope of his employment as a New York City Police Officer, and any liability to Plaintiffs must therefore be assumed by Defendant CITY OF NEW YORK pursuant to N.Y.S. General Municipal Law § 50-k.

246.    Any damages allegedly sustained by Plaintiffs at the time or place mentioned in Plaintiff's Complaint are embraced within the provisions of N.Y.S. General Municipal Law § 50-k.

247.    Pursuant to this provision of N.Y.S. General Municipal Law § 50-k, if Plaintiffs recover any judgment against Defendant Chmil, then said Defendant is entitled to indemnification and/or contribution to recover the amount of such judgment from the Defendant CITY OF NEW YORK.

## AS AND FOR A FOURTH CROSS CLAIM AGAINST DEFENDANT
## THE CITY OF NEW YORK

248.    If Defendant Chmil is found to be liable for damages in this action, such liability will have been caused or contributed to, in whole or in part, by the negligence and culpable conduct of the remaining Co-Defendants and Chmil is entitled to indemnification and/or contribution from said Co-Defendants.

## AS AND FOR A FIFTH CROSS CLAIM AGAINST DEFENDANT
## THE CITY OF NEW YORK

249.    Any costs which may be sustained by Defendant Chmil, including attorney's fees and costs, in the defense of this action are embraced within the provisions of General Municipal Law Section 50-k.

250.    Accordingly, Defendant Chmil  is entitled to recovery from Defendant City of New York, for such amounts, including attorney's fees and costs,  as may be expended by him or on his behalf in the defense of this action.

**WHEREFORE**, Defendant Chmil, respectfully demands judgment against Plaintiff dismissing Plaintiff's Complaint in its entirety, granting defendant Chmil's cross-claims against Defendant, CITY OF NEW YORK, and for such other and further relief as this Court deems just and proper.

Dated:   New York, New York
              April 15, 2024

                                                          Respectfully submitted,

                                                          **KARASYK & MOSCHELLA, LLP**

                                                          By: JAMES M. MOSCHELLA
                                                          *Attorneys for Defendant Stephen Chmil*
                                                          233 Broadway, Suite 2340
                                                          New York, NY 10279
                                                          (212) 233-3800

To: All Counsel via ECF