

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**OMAR J. SIDDIQI**
*Senior Counsel*
Phone: (212) 356-2345
Fax: (212) 356-3558
Email: osiddiqi@law.nyc.gov

June 7, 2024

**By ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re: <u>Irons v. City of New York, et al</u>, 23-cv-7633 (DJ) (JAM)
<u>Malik v. City of New York, et al</u>, 23-cv-9070 (DJ) (JAM)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney representing defendants City and Paul in the above- referenced matters. Pursuant to the Court's Order dated May 29, 2024, the parties write jointly to inform the Court that all parties have accepted the Court's settlement recommendation in this matter. We all wish to express our gratitude to the Court for its assistance in bringing the parties to a resolution of this matter.

Respectfully Submitted,

*/s/ Omar J. Siddiqi*
Omar J. Siddiqi
Senior Counsel