UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

THOMAS MALIK,

                                         Plaintiff,

-against-

LOUIS SCARCELLA, STEPHEN CHMIL, CITY OF
NEW YORK,

                                         Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

23CV79070 (DG) (JAM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
July 10, 2024

RONALD L. KUBY
LAW OFFICE OF RONALD L. KUBY
119 West 23rd Street, Suite 900
New York, NY 10011
2125290223

By: _____
Ronald L. Kuby
*Attorney for Plaintiff*

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____/s/_____
Omar Siddiqi
*Senior Counsel*

LAW OFFICE OF
RICHARD E. SIGNORELLI
*Attorneys for Defendant Scarcella*
52 Duane Street, 7th Floor
New York, NY 10007

By: _____/s/_____
Bryan Ha
*Attorney for Defendant Scarcella*

KARASYK & MOSCHELLA, LLP
*Attorney for Defendant Chmil*
233 Broadway
New York, NY 10007

By:
_____/s/_____
James Moschella
*Attorney Defendant Chmil*

SO ORDERED:

_____
HON. DIANE GUJARATI
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024