UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

THOMAS MALIK,

                                              Plaintiff,

            -against-

LOUIS SCARCELLA, STEPHEN CHMIL, CITY OF
NEW YORK,

                                              Defendants.
----------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

23CV79070 (DG) (JAM)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
      July 11, 2024

RONALD L. KUBY
LAW OFFICE OF RONALD L. KUBY
119 West 23rd Street, Suite 900
New York, NY 10011
2125290223

By: _____ronald l kuby_____
    Ronald L. Kuby
    *Attorney for Plaintiff*

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _/s/ Omar J. Siddiqi_
    Omar Siddiqi
    *Senior Counsel*

LAW OFFICE OF
RICHARD E. SIGNORELLI
*Attorneys for Defendant Scarcella*
52 Duane Street, 7th Floor
New York, NY 10007

By: __Bryan Ha__
    Bryan Ha
    *Attorney for Defendant Scarcella*

KARASYK & MOSCHELLA, LLP
*Attorney for Defendant Chmil*
233 Broadway
New York, NY 10007

By: _____
    James Moschella
    *Attorney Defendant Chmil*

SO ORDERED:

_____
HON. DIANE GUJARATI
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024